NEW JERSEY BELL TELEPHONE CO. v.
TOWN OF WEST ORANGE.

February 22, 1983.

Petition for certification denied.   (See 188 *N.J.Super.* 455)

MARIAN JEAN DABNEY v. BERGEN COUNTY BOARD
OF TAXATION.

February 22, 1983.

Petition for certification denied.

ELIZABETH H. SILVERMAN v. RICHARD G. LATHROP, M.D.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DENSON.

February 22, 1983.

Petition for certification denied.